UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:11-CR-219-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ROBERT KEITH PARKER, | ) | |
| Defendant. | ) | |

This matter coming on being heard before the undersigned United States District Court Judge, upon Motion by the Defendant to be allowed travel for work related purposes. to the MDNC and WDNC.

IT IS HEREBY ORDERED that the Defendant, Robert Keith Parker be allowed to travel for work related purposes. to the MDNC and WDNC

This 12 day of October, 2011.

THE HONORABLE JAMES C. DEVER, III
United States District Court Judge